UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FLORIDA RISING TOGETHER,<br><br>*Plaintiff*,<br><br>v.<br><br>CORD BYRD, *et al.*,<br><br>*Defendants*. | Case No. 6:24-cv-01682-WWB-EJK |

### PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a) and Notice to Counsel (Dkt. 22), filed on September 25, 2024, Plaintiff hereby designates John Powers as lead counsel for Plaintiff in the above-captioned matter.[1]

Respectfully submitted this 27th day of September, 2024.

/s/ John Powers

John Powers*
Advancement Project
1220 L Street NW, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org

*Attorney for Plaintiff*

* Admitted *pro hac vice*

---

[1] Plaintiff previously designated Miriam Haskell as lead counsel, using the electronic filing system.

1