# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FLORIDA RISING TOGETHER, INC.<br><br>    Plaintiff,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State for the State of Florida; ASHLEY MOODY, in her official capacity as Attorney General for the State of Florida; CHRISTINA WHITE, in her official capacity as Miami-Dade County Supervisor of Elections; JOE SCOTT, in his official capacity as Broward County Supervisor of Elections; GLEN GILZEAN, in his official capacity as Orange County Supervisor of Elections; and JERRY HOLLAND, in his official capacity as Duval County Supervisor of Elections,<br><br>    Defendants. | CIVIL CASE NO. 6:24-cv-1682-WWB-EJK |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff FLORIDA RISING TOGETHER, INC. ("Plaintiff"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), after meeting and conferring with counsel for Defendant ASHLEY MOODY, hereby dismisses Defendant ASHLEY MOODY, in the above-captioned action without

**Error! Unknown document property name.**

prejudice, with Plaintiff and Defendant ASHLEY MOODY to bear their own attorneys' fees and costs.

Dated: October 18, 2024

/s/ *Angela M. Liu*

| | |
|---|---|
| Miriam Fahsi Haskell<br>FL Bar No. 69033<br>**Community Justice Project, Inc.**<br>3000 Biscayne Blvd #106<br>Miami, FL 33137<br>(305) 907-7697<br>miriam@communityjusticeproject.com | Neil A. Steiner*<br>Angela M. Liu*<br>**Dechert LLP**<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>(212) 698-3500<br>Neil.Steiner@dechert.com<br>Angela.Liu@dechert.com |
| Mark Dorosin<br>FL Bar No. 1041169<br>201 FAMU Law Lane<br>Orlando, FL 32801<br>(407) 254-4043<br>markdorosin@gmail.com | Christopher J. Merken*<br>**Dechert LLP**<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>(215) 994-2380<br>Christopher.Merken@dechert.com |
| John Powers*<br>Matthew A. Fogelson*<br>**Advancement Project**<br>1220 L Street NW, Suite 850<br>Washington, DC 20005<br>(202) 728-9557<br>JPowers@advancementproject.org<br>MFogelson@advancementproject.org | Zane Martin*<br>**Dechert LLP**<br>45 Fremont Street<br>26th Floor<br>San Francisco, CA 94105<br>(415) 262-4563<br>Zane.Martin@dechert.com<br>*Counsel for Plaintiff* |

*Admitted *Pro Hac Vice*

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 18, 2024, I served a true and correct copy of the above and foregoing on all counsel of record via CM/ECF and to the following by U.S. mail:

Craig D. Feiser, Esq.
117 W. Duval Street, Suite 480
Jacksonville, FL 32223
(904) 255-5100
cfeiser@coj.net

*Counsel for Defendant Jerry Holland*

XiXi Li
Michael Sasso
Sasso & Sasso, P.A.
1031 West Morse Boulevard,
Suite 120
Winter Park, Florida 32789
(407) 644-7161
xli@sasso-law.com
masasso@sasso-law.com

*Counsel for Defendant Glen Gilzean*

            /s/ *Angela M. Liu*