**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**FLORIDA RISING TOGETHER,
INC.,**

      **Plaintiff,**

v.                                                       **Case No: 6:24-cv-1682-WWB-EJK**

**CORD BYRD, ASHLEY B.
MOODY, CHRISTINA WHITE,
JOE SCOTT, GLEN GILZEAN, and
JERRY HOLLAND,**

      **Defendants.**

## ORDER

This cause comes before the Court without oral argument on the Motion for Special Admission of Thomas R. McCarthy (the "Motion") (Doc. 54), filed November 11, 2024. Upon consideration, the Motion (Doc 54) is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2024.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE