UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA RISING TOGETHER, INC.,

    *Plaintiff,*

v.                                               Case No. 6:24-cv-01682-WB-EJK

CORD BYRD, et al.,

    *Defendants.*

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Rule 2.02(c), Ryan D. Newman, moves to withdraw from representing Defendant Secretary of State Cord Byrd in this action.

1. Secretary Byrd consents to the withdrawal.

2. The withdrawal will not result in the Secretary proceeding pro se. Other members of his and the Governor's legal staff are representing, and will continue to represent, the Secretary in this case. Nicholas J.P. Meros, Sam F. Elliott, Joseph S. Van de Bogart, and Ashley E. Davis have entered appearances for the Secretary.

3. This withdrawal will not result in a continuance of a trial.

Dated: November 27, 2024,        Respectfully submitted,

                                            */s/ Ryan D. Newman*
                                            RYAN D. NEWMAN (Fla Bar #1031451)
                                            *General Counsel*
                                            EXECUTIVE OFFICE OF THE GOVERNOR
                                            The Capitol, Suite 209
                                            400 S. Monroe Street
                                            Tallahassee, FL 32399
                                            (850) 717-9310
                                            Ryan.Newman@eog.myflorida.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), I hereby certify that I conferred with counsel for Plaintiff on November 26, 2024, and can represent that Plaintiff does not oppose my withdrawal.

*/s/ Ryan D. Newman*
Counsel for Secretary Byrd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed a true and correct copy of the foregoing with this Court's CM/ECF system on November 27, 2024, which affected service on all counsel of record.

*/s/ Ryan D. Newman*
Counsel for Secretary Byrd
