UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA RISING TOGETHER,
INC. and FLORIDA RISING, INC.,

    Plaintiffs,

v.                                     Case No.: 6:24-cv-1682-AGM-NWH

CORD BYRD; CHRISTINA
WHITE; JOE SCOTT; GLEN
GILZEAN; JERRY HOLLAND;
MARY JANE ARRINGTON; LISA
LEWIS; WENDY SARTORY LINK;
MARK EARLY; JULIE MARCUS;
KAREN CASTOR DENTEL; ALINA
GARCIA; KENYA PONDER; AMY
PENNOCK; CRAIG LATIMER; and
MELONY BELL,

    Defendants.

## SCHEDULING ORDER

This cause is before the Court on the parties' Amended Joint Motion to Amend Case Management and Scheduling Order (Doc. 141) (the "Motion"). Pursuant to Federal Rule of Civil Procedure 16(b) and Middle District of Florida Local Rule 3.02(c), it is hereby **ORDERED** that the Motion is **GRANTED**.

Counsel and all parties, including pro se parties, shall comply with the following deadlines and instructions. **The deadlines herein shall not be extended without Court approval.**

|  | **Original Deadline** | **New Deadline** |
|---|---|---|
| **Mandatory Initial Disclosures** | November 12, 2024 | January 30, 2026 |
| **Motions to Add Parties or to Amend Pleadings** | November 27, 2024 | February 16, 2026 |
| **Disclosure of Expert Reports** | <u>Plaintiff</u>: December 2, 2025<br><br><u>Defendant</u>: January 2, 2026<br><br><u>Rebuttal</u>: January 16, 2026 | <u>Plaintiff</u>: June 2, 2026<br><br><u>Defendant</u>: July 2, 2026<br><br><u>Rebuttal</u>: July 16, 2026 |
| **Discovery Deadline** | January 30, 2026 | July 30, 2026 |
| **Dispositive Motions, and *Daubert* Motions** | March 3, 2026 | September 3, 2026 |
| **All Other Motions, Including Motions *in Limine*** | June 3, 2026 | December 3, 2026 |
| ***Meeting in Person* to Prepare Joint Final Pretrial Statement** | June 26, 2026 | January 14, 2027 |
| ***Joint Final Pretrial Statement** (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists on an Approved Form),* **Trial Briefs** | July 6, 2026 | January 24, 2027 |

| | | |
|---|---|---|
| **Trial Status Conference** | July 14, 2026 | To be determined |
| **Trial Term** | August 3, 2026 | To be determined |
| **Mediation** | February 13, 2026 | August 13, 2026 |

While the new deadlines supersede the deadlines in the previous Case Management and Scheduling Order filed on October 30, 2024, **the case management instructions given the previous Case Management and Scheduling Order are still in effect**. (*See* Doc. 52).

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2025.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record