UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA RISING TOGETHER, INC.,
et al.

    *Plaintiffs,*

*v.*                                     Case No. 6:24-cv-01682-AGM-NWH

CORD BYRD, et al.,

    *Defendants.*           /

## THE SECRETARY AND INTERVENORS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTIONS TO DISMISS AMENDED COMPLAINT

Defendant, Cord Byrd, in his official capacity as Secretary of State for the State of Florida, and Intervenors, Republican National Committee and the Republican Party of Florida, pursuant to Local Rule 3.01(e), move for leave to file a reply in support of their Motions to Dismiss the Amended Complaint. In support, the Secretary and Intervenors state:

1. On October 16, 2025, Plaintiffs filed their Amended Complaint (DE 105).

2. On December 31, 2025, the Secretary and the Intervenors filed their Motions to Dismiss the Amended Complaint (DE Nos. 148, 145).

3. Plaintiffs filed their responses to both motions on February 17, 2026. (DE 169 and 170).

4. Local Rule 3.01(e) provides that except for replies to a motion for summary judgment, or in social security actions, parties may not file a reply without leave of court. And it requires parties seeking leave to specify "the need for [] and the length of [] the proposed reply." *Id.*

5. The Secretary and Intervenors seek leave to file reply briefs in support of their Motions to Dismiss based on the complexity of the claims made in the Amended Complaint and the arguments raised in defense, as well as the length of Plaintiffs' responses. In addition, Plaintiffs raise additional points in both responses to which the Secretary and Intervenors should be allowed to respond. Doing so will aid the Court's analysis by ensuring the issues are fully briefed before the Court issues its ruling(s).

6. The Secretary and Intervenors seek leave to file reply briefs up to 20 pages each by March 31, 2026.

7. Granting leave for the Secretary and Intervenors to file reply briefs will not unduly delay this case or prejudice the parties. Indeed, undersigned counsel conferred with counsel for Plaintiffs, who represented that Plaintiffs do not oppose leave to file reply briefs.

**WHEREFORE**, the Secretary and Intervenors jointly request that the Court enter an order:

1. Granting the Secretary and Intervenors leave to file reply briefs in support of their Motions to Dismiss the Amended Complaint; and

2.      Permitting the Secretary and Intervenors to file briefs up to 20 pages each on or before March 31, 2026.

| Dated: March 3, 2026, | Respectfully submitted, |
|---|---|
| /s/ *Gilbert C. Dickey*<br>Gilbert C. Dickey<br>Thomas R. McCarthy<br>Conor D. Woodfin<br>**CONSOVOY MCCARTHY PLLC**<br>1600 Wilson Blvd. , Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>gilbert@consovoymccarthy.com<br>conor@consovoymccarthy.com<br><br>Daniel E. Nordby<br>Benjamin J. Gibson<br>Tara R. Price<br>**SHUTTS & BOWEN LLP**<br>215 South Monroe St., Suite 804<br>Tallahassee, Florida 32301<br>(850) 241-1717<br>dnordby@shutts.com<br>bgibson@shutts.com<br>tprice@shutts.com<br><br>*Counsel for Republican National Committee and Republican Party of Florida* | /s/ *Nicholas J.P. Meros*<br>Nicholas J.P. Meros<br>Amber Nunnally<br>Margaret McCormick<br>**SHUTTS & BOWEN LLP**<br>215 South Monroe Street, Suite 804<br>Tallahassee, Florida 32301<br>(850) 241-1717<br>nmeros@shutts.com<br>anunnally@shutts.com<br>mmccormick@shutts.com<br><br>Ashley E. Davis<br>*General Counsel*<br>Bilal A. Faruqui<br>*Deputy General Counsel*<br>**FLORIDA DEPARTMENT OF STATE**<br>500 South Bronough Street, Suite 100<br>Tallahassee, Florida 32399<br>(850) 245-6536<br>ashley.davis@dos.fl.gov<br>bilal.faruqui@dos.fl.gov<br><br>*Counsel for Secretary Cord Byrd* |

3

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the Secretary conferred with Plaintiffs' counsel by e-mail on February 27, 2026, and March 3, 2026, in a good faith effort to resolve this issue. Plaintiffs' counsel does not object to the requested leave.

/s/ Nicholas J.P. Meros
*Counsel for Secretary Cord Byrd*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of this motion was served via the Court's CM/ECF system, which provides notice to all parties, on March 3, 2026.

/s/ Nicholas J.P. Meros
*Counsel for Secretary Cord Byrd*